UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>SKINNER, INC.,<br>    Defendant. | Civil Action No. 05-CV-11802-DPW |

NOTICE OF APPEARANCE

  Please enter the appearance of the undersigned attorney from Wilmer Cutler Pickering Hale and Dorr LLP in the above-captioned matter on behalf of Skinner, Inc.

                /s/ Daniel W. Halston
                Daniel W. Halston (BBO #548692)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, MA  02109
                (617) 526-6000

Dated:  February 9, 2006