UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR -9 P 3: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION,<br>        Plaintiff<br><br>v.<br><br>SKINNER, INC.,<br>        Defendant | Civil Action No. 05-11802-DPW |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Gravel and Shea hereby moves this Court pursuant to Local Rule 83.5.2(c) for leave to withdraw as counsel to Defendant Skinner, Inc. in this matter. The undersigned was counsel to Skinner, Inc. during the pendency of the proceedings in Vermont. Now that the action has been transferred to this district, is understood that Daniel Halston, Esq., has entered his appearance on behalf of Skinner, Inc.

Pursuant to Rule 83.5.2(c), the undersigned represents that there are no motions pending in this action. There is a Rule 16 conference scheduled for March 16, and a Joint Statement due in advance, that Mr. Halston is attending.

Dated:   Burlington, Vermont
         March 7, 2006

*/s/ Heather Rider Hammond*
Heather Rider Hammond, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
For Defendant

GRAVEL AND SHEA
ATTORNEYS AT LAW
P. O. BOX 369
BURLINGTON, VERMONT
05402-0369

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on March 7, 2006.

Dated:    Burlington, Vermont
         March 7, 2006

*Heather Rider Hammond*
Heather Rider Hammond, Esq.
Gravel and Shea
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
For Defendant