UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION,<br>             Plaintiff,<br><br>v.<br><br>SKINNER, INC.,<br>             Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-CV-11802-DPW<br>)<br>)<br>) |

**DEFENDANT'S LOCAL RULE 7.3(A) AND FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT**

Defendant Skinner, Inc. has no parent corporation. Skinner, Inc. is not publicly traded.

No publicly held company owns 10% or more of the common stock of Skinner, Inc.

                                    For the Defendant:

                                    /s/ Daniel W. Halston
                                    Daniel Halston (BBO #548692)
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    60 State Street
                                    Boston, MA 02109
                                    Telephone: (617) 526-6000
                                    Facsimile: (617) 526-5000

Dated: March 9, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/9/06.

US1DOCS 5542698v1