UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION,<br>           Plaintiff,<br><br>v.<br><br>SKINNER, INC.,<br>           Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-CV-11802-DPW<br>)<br>)<br>)<br>) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, having conferred pursuant to Fed. R. Civ. P. 26(f), hereby stipulate and agree that the Court may enter an Order, pursuant to Fed. R. Civ. P. 16(b), as follows:

1.     Proposed Discovery Plan[1]

| | |
|---|---|
| March 30, 2006 | The parties shall make the disclosures required by Fed. R. Civ. P. 26(a)(1), except that the parties need not make the disclosures required by Fed. R. Civ. P. 26(a)(1)(B) relating to documents. |
| September 29, 2006 | Deadline for completion of fact-related discovery, including completion of depositions of fact witnesses (This deadline will not apply to reasonable requests for admissions with respect to the authentication or business record status of documents produced in discovery.) |
| October 30, 2006 | Plaintiff shall make the disclosures required by Fed. R. Civ. P. 26(a)(2). Defendant shall, on or before December 15, 2006, make the disclosures required by Fed. R. Civ. P. 26(a)(2). Plaintiff may, on or before January 2, 2007, make supplemental disclosures but only to contradict or rebut evidence on the same subject matter as appears in defendant's initial report. Defendant may, on or before, January 16, 2007, make supplemental disclosures but only to contradict or rebut evidence on the same subject matter as appears in a supplemental disclosure made by the plaintiff. The parties agree that their initial expert disclosures |

---

[1] All dates are measured from entry of this Order.

|  |  |
|---|---|
|  | are intended to contain, and will be a good faith effort to be, a full statement of all of their respective experts' opinions and of all of the grounds for each such opinion. |
| February 28, 2007 | Deadline for completion of expert depositions. |
| To be determined by the Court | Case management conference.<br>Settlement Conference. |

2. Proposed Schedule for Filing of Motions

|  |  |
|---|---|
| April 15, 2007 | Deadline for filing and service of dispositive motions. |
| To be determined by the Court | Hearing on dispositive motions. |
|  | Deadline for filing and serving other motions (Daubert, *in limine*, etc.) |
|  | Deadline for pretrial disclosures required by Fed. R. Civ. P. 26(a)(3). |
|  | Trial |

3. Possible Trial by Magistrate Judge

The parties have discussed the possibility of trial before a United States Magistrate Judge, but do not consent thereto at the present time.

4. Required Certifications

The required certification from counsel and the defendant that they have conferred with respect to budgetary concerns and possible resolution through ADR programs is attached hereto as Exhibit 1.

For the Plaintiff:

*[signature: Thomas Niksa]*

Thomas Niksa
92 S. Main Street
St. Albans, VT 05478

Dated: March 9, 2006

For the Defendant:

*[signature]*

Daniel Halston (BBO #548692)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

-3-

USIDOCS 5535567v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION,<br>        Plaintiff,<br><br>v.<br><br>SKINNER, INC.,<br>        Defendant. | Civil Action No. 05-CV-11802-DPW |

### **DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the Defendant and its counsel hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full and various alternative courses of the litigation, and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

SKINNER, INC.                                   COUNSEL FOR DEFENDANT

_____                _____
Janet Santaguida                                Daniel W. Halston (BBO #548692)
Chief Operating Officer                         Wilmer Cutler Pickering Hale and Dorr LLP
                                                60 State Street
                                                Boston, MA  02109
                                                (617) 526-6000

Dated: March 8, 2006

USIDOCS 5542726v1