UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 MAR 16  P 2: 48
U.S. DISTRICT COURT

| | |
|---|---|
| CARTHAGINIAN<br>FINANCIAL CORPORATION<br>    Plaintiff<br><br>    v.<br><br>SKINNER, INC.<br>    Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 05-CV-11802<br>)              PDW<br>)<br>) |

**PLAINTIFF'S LOCAL RULE 7.3(A) AND F.R.CIV.P.7.1**
**DISCLOSURE STATEMENT**

Plaintiff Carthaginian, Inc, has no parent corporation. Carthaginian, Inc. is not publicly traded. No publicly held company owns 10% or more of the common stock of Carthaginian, Inc.

Dated: 15 March 2006
       St. Albans, Vermont

By the Plaintiff,

*Thomas Niksa* (signature)
Thomas Niksa, Esq.
92 S. Main Street 1B
St. Albans, VT 05478
District Court Atty.
ID No. 00766520
(802) 527-1010

I hereby certify a true copy of this certificate was given to Defendant's Attorney Daniel Halston Esq. by hand copy on March 16, 2006.