UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARTHAGINIAN FINANCIAL CORPORATION<br>    Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No. 05-CV-11802-DPW |
| SKINNER, INC.<br>    Defendant | )<br>) | |

### AGREED MOTION TO DISMISS

ON THIS, the ___3d___ of ___April___, 2006, come the Plaintiff, Carthaginian, and the Defendant, Skinner Inc., before this Honorable Court and avers as follows:

1). This is a suit initiated by Carthaginian Inc. against the Defendant, Skinner Inc., concerning alleged improprieties in consignment sales made or attempted for an agent of Carthaginian, Mr. Donald F. Flynn, in 2002.

2). As the sole person involved in the consignments, according to conversations with his attorney, Mr. Flynn was slated to be the primary witness for the Plaintiff party. Mr. Flynn also the President, Director, Treasurer, and Secretary of Carthaginian Financial Corporation. (See enclosed report from the Secretary of State of Nevada, where Carthaginian was incorporated.)

3). Mr. Flynn died in Saco, Maine, on Dec. 22nd, 2005. (See attached Certification of Vital Record.)

4). As noted in the previously filed Local Rule 7.3(A) and Fed. R. Civ. P. 7.1 statement, Plaintiff Carthaginian, Inc, has no parent corporation. Carthaginian, Inc. is not publicly traded. No publicly held company owns 10% or more of the common stock of Carthaginian, Inc.

WHEREFORE, as the matter cannot proceed in view of Mr. Flynn's death, the Plaintiff party and the Defendants jointly move this Court to dismiss the above-captioned case with prejudice.

Dated: 27 March 2006  
St. Albans, Vermont

By the Plaintiff,

_____  
Thomas Niksa, Esq.

                                                                                                          92 S. Main Street 1B
                                                                                                          St. Albans, VT  05478
                                                                                                          (802) 527-1010
                                                                                                          District Court Atty.
                                                                                                          ID No.  00766520

Dated: 4/3/06                                                   By the Defendant,

                                                                                                           */s/ Daniel W. Halston*
                                                                                                           Daniel W. Halston, Esq.
                                                                                                           60 State Street
                                                                                                           Boston, MA  02109
                                                                                                           (617) 526-6654