UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARTHAGINIAN FINANCIAL CORPORATION
       Plaintiff

                                    CIVIL ACTION NO. 05-11802-DPW

v.

SKINNER, INC.
       Defendant

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Ruling on April 11, 2006 Allowing the Agreed Motion to Dismiss, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                              BY THE COURT,

Dated: April 11, 2006              /s/ Michelle Rynne
                                          Deputy Clerk